Ronald F. Price (5535)
Price Parkinson & Kerr, PLLC
5742 West Harold Gatty Drive, Suite 101
Salt Lake City, Utah 84116
Telephone: (801) 530-2964
E-mail: ronprice@ppktrial.com
*Attorney for Mountain Land Collections, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| Kimberly and Johnathon Madsen,<br><br>On behalf of plaintiff and class,<br><br>vs.<br><br>Mountain Land Collections, Inc.,<br><br>Defendant. | **NOTICE OF REMOVAL**<br><br>Case No. _____<br><br>Judge: _____ |

Defendant Mountain Land Collections, Inc. ("Mountain Land"), through its undersigned counsel, and pursuant to 28 U.S.C. §§ 1441 and 1446, hereby removes the above-captioned action from the Fourth Judicial District Court – Provo Department, Utah County, State of Utah, to the United States District Court for the State of Utah. In support thereof, Mountain Land states as follows:

1. On January 4, 2019, plaintiffs filed a Complaint (the "Complaint") in the Fourth Judicial District Court – Provo Department, Utah County, State of Utah, Case No. 190400047.

2. Mountain Land was served with the Summons and Complaint on January 30, 2019.

3. The Complaint alleges two claims against Mountain Land – alleged violation of the Equal Credit Opportunity Act, 15 U.S.C. § 1691 *et seq.* (the "ECOA"), and alleged violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*. ("FDCPA").

4. This Court has original subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1331, inasmuch as the Complaint purports to assert claims under the ECOA and the FDCPA.

5. Pursuant to 28 U.S.C. § 1446, copies of all process and pleadings served upon Mountain Land are attached as exhibits hereto.

6. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be promptly served upon plaintiffs and promptly filed with the clerk of the Fourth Judicial District Court, Utah County, State of Utah.

DATED this 20th day of February, 2019.

PRICE PARKINSON & KERR, PLLC

By: */s/ Ronald F. Price*
Ronald F. Price
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 20, 2019, a copy of the foregoing **NOTICE OF REMOVAL** was served via email and U.S. Mail upon the following:

>Daniel Baczynski
>BACZYNSKI LAW, PLLC
>12339 South 800 East, Suite 101
>Draper, UT 84020
>Email: dan@bskilaw.com

                                            /s/ Ronald Price
                                            Ronald Price